UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD DUANE DIEBEL

    Plaintiff,

vs.

Case No. 09-CV-13741

HON. GEORGE CARAM STEEH

DETROIT BOARD OF EDUCATION,

    Defendant.

_____/

## ORDER DISMISSING SHOW CAUSE [DOC. 3]

The court issued an Order to Show Cause on March 19, 2010 ordering plaintiff to show cause why the case should not be dismissed for failure to prosecute. The show cause order was later held in abeyance, extending the time for plaintiff to effectuate service of process on defendant through April 13, 2010 [Doc. 5]. Plaintiff has submitted proof to the court that he served defendant, via a process server, on April 7, 2010. A return of service was filed on April 13, 2010. Plaintiff having satisfied the court's Order to Show Cause, now therefore,

IT IS HEREBY ORDERED that the Order to Show Cause be dismissed.

Dated: April 15, 2010

                                    S/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 15, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk